# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,

v.

RICHARD HERRERA,

    *Defendant*.

CRIMINAL ACTION
NO. 15-00022

# ORDER

**AND NOW**, this 5th day of June, 2015, upon consideration of Defendant's motion to suppress (ECF No. 18), the government's response in opposition (ECF No. 19), and following a suppression hearing held on June 1, 2015 (ECF No. 31), it is hereby **ORDERED** that Defendant's motion is **DENIED** for the reasons set forth in the accompanying Memorandum.

    BY THE COURT:

    */s/ Gerald J. Pappert*
    GERALD J. PAPPERT, J.