IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    v.<br><br>RICHARD HERRERA,<br>a/k/a German Suarez-Arzon,<br>a/k/a Hiram Miguel Santana-Cintron,<br>a/k/a Jose Manuel Diaz Rafael | Criminal No. 15-22 |

## ORDER

**AND NOW**, this 12th day of February, 2018, upon consideration of Richard Herrera's Motion to Vacate, Set Aside or Correct his Sentence under 28 U.S.C. Section 2255 (ECF No. 50) and the United States of America's Response (ECF No. 52), it is **ORDERED** that the Motion is **DENIED** and a certificate of appealability **SHALL NOT** issue.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.